**No. 10-376. Mark Wrisley, et al., Petitioners v. Michael Crowe, et al.**

562 U.S. 1135, 131 S. Ct. 905, 178 L. Ed. 2d 748, 2011 U.S. LEXIS 317.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 406.